# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00711-CV

**Sam Odom, Appellant**

**v.**

**DP Centex 1, Ltd., Appellee**

### FROM THE COUNTY COURT AT LAW NUMBER 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-009185, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1. They represent that they agree that appellants's claims shall be dismissed with prejudice. We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Joint Motion

Filed: January 15, 2015